**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LARRY RAY YAW JR., Petitioner, | : | |
| v. | : | Case No. 5:24-cv-04436-JLS |
| JOSEPH TERRA, et al. Respondents. | : | |

**ORDER**

**AND NOW,** this 13th day of October 2026, upon careful and independent consideration of the petition for habeas corpus, United States Magistrate Judge Elizabeth T. Hey's report and recommendation, and Yaw's objection to the report and recommendation, **IT IS HEREBY ORDERED** as follows:

1. The report and recommendation is **APPROVED** and **ADOPTED**;
2. The petition for a writ of habeas corpus is **DISMISSED** as untimely;
3. There is no basis for the issuance of a certificate of appealability; and
4. Yaw's motion to proceed on claims, Dkt. No. 19, is **DENIED**.[1]

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
JEFFREY L. SCHMEHL
United States District Court Judge

---

[1] Yaw seeks to enforce Local Rule 7.1(c) and asks this Court to adopt his objections as uncontested because respondents failed to reply. But Local Rule 72.1 governs proceedings before magistrate judges, and it does not require a response to a party's objections. *Compare* L.R. 72.1.IV(b) ("Any party *may* respond . . . ." (emphasis added)), *with* L.R. 7.1(c) ("Unless the Court directs otherwise, any party opposing the motion *shall* serve a brief in opposition . . . ." (emphasis added)).